UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FAIR HOUSING JUSTICE CENTER, INC., :
        Plaintiff, :
 :
v. :
 : **ORDER**
TOWN OF EASTCHESTER, :
        Defendant, : 16 CV 9038 (VB)
 :
and :
 :
SEMINARA PELHAM LLC; and ELIDE :
ENTERPRISES LLC, :
        Rule 19 Defendants. :
--------------------------------------------------------------x

    Defendant Town of Eastchester having filed a motion for summary judgment (Doc. #146), it is HEREBY ORDERED:

    1.    The motion is DENIED.

    2.    A telephone conference is scheduled for <u>October 15, 2020, at 2:30 p.m.</u>, during which the Court will issue a bench ruling explaining the basis for its decision. Counsel shall attend the conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

    **Access Code:**    1703567

    3.    The parties shall be prepared to discuss the setting of a trial date, a schedule for pretrial submissions, and what efforts they have made and will make to settle this case.

    4.    The Clerk is instructed to terminate the pending motion. (Doc. #146).

Dated: September 25, 2020
       White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge